# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HERIBERTO TORIBIO-RUIZ, | 3:17-CV-0674-MMD-CBC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | July 25, 2019 |
| ISIDRO BACA, et al., | |
| Defendants. | |

PRESENT: <u>THE HONORABLE CARLA BALDWIN CARRY</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>LISA MANN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Defendants' motion for enlargement of time to file a dispositive motion (ECf No. 37) is **GRANTED**. The parties shall have to and including Tuesday, September 17, 2019 to file dispositive motions.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:_____/s/_____
Deputy Clerk