# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HERIBERTO TORIBIO-RUIZ, ) | 3:17-CV-00674-MMD-CLB |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| vs. ) | December 10, 2019 |
| ISIDRO BACA, et al., ) | |
| Defendants. ) | |

PRESENT: <u>THE HONORABLE CARLA BALDWIN,</u> U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>LISA MANN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

On October 16, 2019, Defendants filed a motion for summary judgment (ECF No. 45) and a motion for leave to file the motion for summary judgment under seal (ECF No. 44). After Plaintiff filed a motion to strike (ECF No. 49) and an objection to the sealing of the motion for summary judgment (ECF No. 50), Defendants filed a reply, which the court construes as a motion to withdraw the motion to seal (ECF No. 51). The court will grant the motion to withdraw, but also reminds Defendants that motions to seal an entire document are improper, except in the most extreme circumstances. When a plaintiff files a lawsuit based upon medical issues, those issues are a matter of public record.

Accordingly, **IT IS ORDERED** that Defendants' motion to withdraw (ECF No. 51) is **GRANTED**. Defendants' motion for leave to file the motion for summary judgment under seal (ECF No. 44) is **DEEMED WITHDRAWN**. Plaintiff's motion to strike (ECF No. 49) is **DENIED** as moot. Additionally, the Clerk of the Court shall send Plaintiff a courtesy copy of the motion for summary judgment and accompanying exhibits (ECF Nos. 45, 47). Plaintiff shall have 21 days from the date of this Minute Order to file an opposition to the motion for summary judgment, and a reply is due 14 days after the filing of the opposition.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: <u>      /s/      </u>
Deputy Clerk